DG:md

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.   21-20383-CR-MOORE

UNITED STATES OF AMERICA,

vs.

PABLO ANTONIO GUERRERO MARQUEZ,
ENER CORTES RODRIGUEZ, and
LEONEL GARCIA CABEZA,

        Defendants.
_____/

NOTICE OF APPEARANCE

The United States of America hereby gives notice that Assistant U.S. Attorney Daren Grove has been assigned to this case with responsibility for matters related to the criminal forfeiture.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By:   *s/Daren Grove*
_____
Daren Grove (Court No. A5501243)
Assistant United States Attorney
E-mail: daren.grove@usdoj.gov
500 E. Broward Boulevard, Suite 812
Fort Lauderdale, Florida 33394
Telephone: 954.660.5774
Facsimile: 954.356.7180