# MINUTE ORDER

Page 1

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor      Date: 8/5/2021     Time: 1:30 p.m.

Defendant: 1) PABLO GUERRERO MARQUEZ     J#: 02431-506     Case #: 21-CR-20383-MOORE
AUSA: Adam Hapner                          Attorney: AFPD – Julie Holt
Violation: CONSPIRACY TO PWID COCAINE WHILE ON BOARD A VESSEL SUBJECT TO THE JURISDICTION OF THE U.S.     Surr/Arrest Date:     YOB: 1980
Proceeding: Initial Appearance/Arraignment     CJA Appt:
Bond/PTD Held: ☒ Yes  ☐ No     Recommended Bond:
Bond Set at:                                   Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: Spanish

Disposition:
Defendant consented to appear via video
Defendant advised of rights and charges

Defendant sworn; AFPD appt'd

*STIP $250K CSB w/Nebbia w/right to revisit (no hrg. held); Court sets*

*Reading of Indictment Waived*
*Not Guilty plea entered*
*Jury trial demanded*
*Standing Discovery Order requested*
*\*\*Brady warning given\*\**

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:     Time:     Judge:     Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:32:13                              Time in Court:  10 mins
                    s/Lauren F. Louis                         Magistrate Judge