IN THE UNITED STATES DISTRICT COURT
FLORIDA, SOUTHERN DISTRICT

Guerrero Marquez, Pablo Antonio
    Petitioner,

V.

United States of America,

    Respondent.

Case No. 1:21-CR-20383-KMM(1)

FILED BY ___ D.C.
NOV 10 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

---

### Petitioner's Motion to Request Review of Amendment to the Sentencing Guidelines (§2D1.1 and §3B1.2) going into effect Nov. 1st 2025

---

Comes Now, Guerrero Marquez, Pablo Antonio, the "Petitioner", Pro Se, who respectfully files this Motion to request a Review of the Amendment to the Sentencing Guidelines (§2D1.1 and §3B1.2).

BACKGROUND

This two-part Amendment is the result of studies done on the operation of §2D1.1 (Unlawful Manufacturing, Importing, Exporting or Trafficking) including Possession with Intent to Commit crimes (Attempt or Conspiracy). Accordingly, Petitioner Request a Review of his case relating to this new Amendment.

PART A - Application of Mitigation Role Adjustemt in the Drug Trafficking Cases. Part A contains two Subparts to address concern that §2D1.1 and §3B1.2 as they currently apply tandem, do not adequately account for lower culpability of individuals performing low-level functions in a Drug Trafficking offense.

    SUBPART 1 - (Mitigating Role Provisions at §2D1.1(a)(5)).

This Subpart amends the Mitigating Role Provisions at §2D1.1(a)(5), to refine the Drug Trafficking Guidelines under §3B1.2. The Commission initially added the Mitigating Role Cap to somewhat limit the sentencing impact of Drug Quantity for Offenders who perform relatively low-level Trafficking functions.

SUBPART 2 - (Special Instructions Relating to §3B1.2).

This Subpart adds a new Special Instruction at §2D1.1(e), to address the inconsistent application of §3B1.2. It provides a range of reductions depending on the Defendant, and if he was a minimal participant in any criminal activity.

## CONCLUSION

Honorable Judge Presiding:

I respectfully submit this letter on my own behalf, Guerrero Marquez, Pablo Antonio to request the Court's attention to the United States Sentencing Commission's amendments taking effect November 1, 2025, which introduces new and retroactive provisions allowing for downward departures and reductions in sentence for qualifying individuals.

These Amendments specifically address Defendants who:
   Did not serve in a leadership, supervisory, or managerial role,
   Accepted responsibility for their conduct, and
Have demonstrated post-sentencing rehabilitation or exemplary institutional adjustment.

Pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. § 1B1.10, I respectfully ask the Court to review my case in light of these revisions and to determine whether I qualify for a reduction or any other applicable benefit under the amended guidelines.

Additionally, I kindly request the appointment of counsel under 18 U.S.C. § 3006A to aasist in reviewing my eligibility and in filing any appropriate motion for modification of sentence, should the Court find that the Amendments apply.

I remain committed to continued rehabilitation and positive conduct, and I am sincerely grateful for the Court's time and consideration of this matter.

Respectfully Submitted,

Reg. [signature]

FCI Oxford
P.O. Box 1000
OXFORD, WI 53952

2

```
OXFHG            *         PUBLIC INFORMATION         *     10-31-2025
PAGE 002       *               INMATE DATA            *     07:47:16
                              AS OF 10-31-2025

REGNO..: 02431-506 NAME: GUERRERO MARQUEZ, PABLO ANTONIO

                  RESP OF: OXF
                  PHONE..: 608-584-5511    FAX: 608-584-6314
 FSA ELIGIBILITY STATUS IS: INELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-04-2029

THE INMATE IS PROJECTED FOR RELEASE: 08-04-2029 VIA GCT REL

-----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:21-CR-20383-KMM(1)
JUDGE...........................: MOORE
DATE SENTENCED/PROBATION IMPOSED: 02-16-2022
DATE COMMITTED..................: 07-21-2022
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES           COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00          $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT: $00.00

--------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  859     46:1903 MARITIME DRUG

OFF/CHG: 46:70506(B) - CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE
         COCAINE WHILE ON BOARD A VESSEL SUBJECT TO THE JURISDICTION
         OF THE UNITED STATES (CT1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   135 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 NEW SENTENCE IMPOSED...........:   108 MONTHS
 BASIS FOR CHANGE...............: USSG CRIM HIST DCSN 11-01-2023
 DATE OF OFFENSE................: 07-08-2021




G0002        MORE PAGES TO FOLLOW . . .
```

Pablo Antonio Gutierrez Marquez
#02431506
Jackson Institutional Correctional
P.O. Box 1600
Black River Falls WI 53952



CERTIFIED MAIL

9589 0710 5270 2736 0978 14

⇔02431-506⇔
United States Courthouse
Clerk's Office
400 N Miami AVE
Room 8
Miami, FL 33128
United States